IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JAMIE A. PAROLLI** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 1:20cv170-HSO-BWR |
| | § | |
| **ERIC L. SIMIOLI, et al.** | § | **DEFENDANTS** |

### FINAL JUDGMENT OF DISMISSAL

The parties have announced to the Court a settlement of this case. The Court, being advised that the parties have an informed understanding of their rights and the consequences of settlement, desires that this matter be finally closed on its docket. The parties have all agreed and stated their desire on the record that the Court expressly retain jurisdiction over this matter to enforce the settlement agreement for thirty (30) days.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above-captioned civil action is dismissed with prejudice as to all parties, and that the Court hereby specifically retains jurisdiction to enforce the settlement agreement for thirty (30) days after the entry of this Final Judgment of Dismissal.

**SO ORDERED** this the 23rd day of August, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE